IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

**v.**                                                  **No. 15-cv-0458 RB/SMV**
                                                                  **10-cr-3404 RB**

**GLORIA PORTER,**

    **Defendant/Petitioner.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 10; CR Doc. 131][1] ("PF&RD"), issued on October 26, 2015. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, reviewed Defendant/Petitioner Gloria Porter's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [CV Doc. 1, CR Doc. 122] ("§ 2255 Motion"). PF&RD [CV Doc. 10; CR Doc. 131]. Judge Vidmar found Petitioner's claims were without merit. *See generally id.* at 3–16 (addressing the merits of all claims). Accordingly, Judge Vidmar recommended that the Court deny the claims raised in the § 2255 Motion and dismiss the case with prejudice. *Id.* at 17. No party has filed objections to the PF&RD, and the time for objecting has passed.

---

[1] References that begin with "CV" are to Case No. 15-cv-0458 RB/SMV. References that begin with "CR" are to the underlying criminal case, Case No. 10-cr-3404 RB.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 10; CR Doc. 131] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant/Petitioner Gloria Porter's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [CV Doc. 1, CR Doc. 122] is **DENIED**, and the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**ROBERT C. BRACK**
**United States District Judge**